**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RICHARD DISCO, | : | No. 17 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated April 7, |
| | : | 2016 (entered on April 8, 2016) at No. |
| v. | : | 479 MD 2015. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, SCI FAYETTE | : | |
| RECORDS OFFICE AND CHIEF | : | |
| COUNSEL, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 22nd day of February, 2017, the order of the Commonwealth Court is **AFFIRMED**.